UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENISE SHIPLEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-450-KC-HBG |
| ) | |
| BUFFALOE & ASSOCIATES, PLC, and ) | |
| CAPITAL ONE BANK, USA, NA, ) | |
|     Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

On March 20, 2014, the District Judge entered a Memorandum, Opinion, and Order [Doc. 38] referring to the undersigned the issue of the reasonable attorneys' fees and costs that should be awarded to Plaintiff pursuant to an offer of judgment made by Defendant Buffaloe & Associates, PLC ("Buffaloe").

In order to facilitate the timely resolution of this issue, it is **ORDERED**.

1. Plaintiff **SHALL** file a petition for reasonable attorneys' fees and costs stating the amount of fees and costs she believes should be awarded on or before **April 18, 2014**;

2. The Plaintiff's petition **SHALL** be accompanied by appropriate documentation;

3. Buffaloe **SHALL** respond to the Plaintiff's petition on or before **May 9, 2014**; and

4. The Plaintiff may file a final reply in support of her position on or before **May 16, 2014**.

**IT IS SO ORDERED.**

ENTER:

_Bruce Guyton_
United States Magistrate Judge