# United States District Court

_____ EASTERN _____ DISTRICT OF _____ TENNESSEE _____

DENISE E. SHIPLEY,                                  JUDGMENT IN A CIVIL CASE

                     V.

BUFALOE & ASSOCIATES PLC                    CASE NUMBER: 3:12-cv-450

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff in the amount of $1,001.00.

     April 25, 2014                                        Debra C. Poplin, Clerk
Date

                                                                     By    s/ A. Brush
                                                                     Deputy Clerk